U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV6488
JUDGE GOTTSCHALL
MAG. JUDGE COLE

In the Matter of

BOARD OF TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY WELFARE FUND v. JUANITA SWEATT and ERIC SWEATT, JR., a Minor Child through his Parent and Guardian, TRINA DUNCAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY WELFARE FUND

FILED
NOV 15 2007
NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| STEVEN F. MCDOWELL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven F. McDowell |

| FIRM |
|---|
| Arnold and Kadjan |

| STREET ADDRESS |
|---|
| 19 W. Jackson Boulevard, Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90784304 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐