# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE AUTOMOBILE )
MECHANICS LOCAL NO. 701 UNION )
AND INDUSTRY WELFARE FUND, )

v.

JUANITA SWEATT and ERIC SWEATT,
JR., a Minor Child through his Parent and
Guardian, TRINA DUNCAN,

**07CV6488**
**JUDGE GOTTSCHALL**
**MAG. JUDGE COLE**

TO: (Name and address of defendant)

JUANITA SWEATT
1630 Ashland Avenue
Chicago Heights, Illinois 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

STEVEN F. MCDOWELL
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV 1 5 2007
Date

# RETURN OF SERVICE

DATE: 11/22/07

Service of the Summons and Complaint was made by me.

NAME OF SERVER (PRINT) SCOTT POCIUS

TITLE INVESTIGATOR

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: PERSONAL RESIDENCE - 1630 ASHLAND AVENUE, CHICAGO HEIGHTS, IL   M/B 56 YEARS OF AGE BLACK HAIR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/22/07
Date

*Signature of Server*

Address of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068