# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY WELFARE FUND, ) ) ) ) ) v. ) ) JUANITA SWEATT and ERIC SWEATT, ) JR., a Minor Child through his Parent and ) Guardian, TRINA DUNCAN, ) | Docket Number: 07 C 6488<br>Judge Gotschall<br><br>Magistrate Judge Cole |

TO: (Name and address of defendant)

ERIC SWEATT, JR., a Minor Child through his Parent and Guardian
TRINA DUNCAN
~~111 Sycamore Drive, Apartment 307~~ 311 W. 35ST. #303
~~Park Forest, Illinois 60466-2682~~ STEGER, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

STEVEN F. MCDOWELL
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 2 6 2007

Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 1/8/08 6:30PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): ERIC SWEATT JR., A MINOR CHILD THROUGH HIS PARENT + GUARDIAN - TRINA DUNCAN AT THEIR PERSONAL RESIDENCE - 311 WEST 35TH STREET, #303, STEGER, IL. SHE CAN BE DESCRIBED AS A F/B, 35 YEARS OF AGE, STRAIGHT BLACK HAIR

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/08
                Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC.
1110 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068