UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Trustees of the Automobile Mechanics Local No. 701
Union and Industry Welfare Fund

                                                    Plaintiff,

v.                                                  Case No.:
                                                    1:07−cv−06488

                                                    Honorable Joan B. Gottschall

Juanita Sweatt, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

    MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 1/16/2008. The court extends Defendant, Juanita Sweatt's time to answer or otherwise plead to 1/30/08. Rule 26(a)(1) disclosures shall be exhanged by 2/11/08. This case is referred to Magistrate Judge Cole for settlement conference and discovery supervision. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.