# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the Automobile Mechanics Local No. 701
Union and Industry Welfare Fund

                      Plaintiff,

v.

                      Case No.: 1:07−cv−06488

                      Honorable Joan B. Gottschall

Juanita Sweatt, et al.

                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement conference.(rj, )Mailed notice.

Dated: January 16, 2008

                      /s/ Joan B. Gottschall

                      United States District Judge