UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Trustees of the Automobile Mechanics Local No. 701 Union and Industry Welfare Fund<br><br>Plaintiff,<br><br>v.<br><br><br><br>Juanita Sweatt, et al.<br><br>Defendant. | Case No.: 1:07−cv−06488<br><br>Honorable Joan B. Gottschall |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

    MINUTE entry before Judge Jeffrey Cole :Magistrate Judge Status hearing held on 2/12/2008. Defendants failed to appear. Status hearing is continued to 2/19/08 at 8:30 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.