# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6488 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Trustees of the Automobile Mechanics Local No. 701 Union vs. Sweatt ,et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/3/08 at 9:00 a.m. Trina Duncan is ordered to appear on 3/3/08 at 9:00 a.m in Courtroom 1838 before Magistrate Judge Cole. Notice was mailed by the Judicial staff to Trina Duncan on 2/21/08 directing her to appear on 3/3/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy | CDH |
|---|---|---|
| | | |