UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Trustees of the Automobile Mechanics Local No. 701
Union and Industry Welfare Fund

         Plaintiff,

v.

Juanita Sweatt, et al.

         Defendant.

Case No.: 1:07−cv−06488

Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

    MINUTE entry before Judge Jeffrey Cole :Status hearing held on 3/10/2008. Trina Duncan and Juanita Sweatt appear with their counsel. Status hearing is continued to 5/13/2008 at 9:30 a.m. Advised in open court.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.