# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Automobile Mechanics Local No. 701
Union and Industry Welfare Fund

          Plaintiff,

v.

Juanita Sweatt, et al.

          Defendant.

Case No.: 1:07−cv−06488

Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

    MINUTE entry before the Honorable Jeffrey Cole:Magistrate Judge Status hearing held and continued to 8/5/2008 at 09:30 AM. Defendant Juanita Sweatt is given to 6/18/2008 to file an answer to the complaint. Defendant Juanita Sweatt is granted leave to file a motion for summary judgment with supporting memoranda by 7/30/2008. Response is due by 8/14/2008. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.