# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Trustees of the Automobile Mechanics Local 701 -v- Sweatt, et al.

Case Number: 07 C 6488
07C 6488

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trina Duncan, Biological Mother

**FILED**
AUG X 5 2008
AUG 5, 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| Field | Entry |
|---|---|
| NAME (Type or print) | Tommy Brewer |
| SIGNATURE | s/ |
| FIRM | Brewer & Associates |
| STREET ADDRESS | 175 W. Jackson Suite 2215 |
| CITY/STATE/ZIP | Chicago, Ill 60604 |
| ID NUMBER | |
| TELEPHONE NUMBER | (312) 957-1700 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐