Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6488 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Trustees of the Automobile Mechanics Local No. 701 v. Sweatt, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/10/08 at 9:30 a.m.

Docketing to mail notices.

00:15

FILED
2008 AUG -5 PM 4: 54
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:07-cv-06488  Document 23  Filed 08/05/2008  Page 1 of 1

07C6488 In Re: Trustees of the Automobile Mechanics Local No. 701 Union and Industry Welfare Fund v. Sweatt et al    Page 1 of 1