

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6488 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Trustees of the Automobile Mechanics Local 701 vs. Sweatt, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|